UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00878-FDW-SCR

| | |
|---|---|
| MARKQULA BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TARGET CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Remand to State Court, (Doc. No. 5). For the reasons set forth below, Plaintiff's Motion is GRANTED.

Plaintiff filed this action in Mecklenburg County Superior Court on August 21, 2024, alleging a negligence claim. (Doc. No. 1-1.) Plaintiff served Defendant on August 27, 2024. (Doc. No. 6.) Defendant removed the case to this Court on September 27, 2024. (Doc. Nos, 1, 1-2.) On October 15, 2024, Plaintiff filed the instant unopposed motion to remand to State court asserting removal was untimely. (Doc. No. 5, p. 1.)

"The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ." 28 U.S.C. § 1446(b). Based on the record before the Court, Defendant's notice of removal was untimely by one day and remand is appropriate. (Doc. Nos. 1, 6.) For these reasons and because it is unopposed, the Court will grant Plaintiff's Motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion to Remand, (Doc. No. 5), is GRANTED.

1

**IT IS FURTHER ORDERED** that this case is REMANDED to the Mecklenburg County Superior Court, State of North Carolina.

**IT IS SO ORDERED.**

Signed: October 15, 2024

Frank D. Whitney
United States District Judge